STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
PAUL W. BANKES, DEFENDANT-PETITIONER.

*Mr. Paul W. Bankes, in propria persona.*

*Mr. Arthur J. Sills* and *Mr. Eugene T. Urbaniak* for the respondent.

November 10, 1969. Denied.

CECILE DOROFF, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
MOLLY KALFUS, AS EXECUTRIX, *ET AL.*, DEFEND-
ANTS-PETITIONERS.

*Messrs. Stryker, Tams & Dill, Mr. William D. Jones* and *Mr. Burtis W. Horner* for the petitioner.

*Messrs. Schechner & Targan* and *Messrs. Sachs & Sachs* for the respondents.

November 10, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WARNER LUDWIG, DEFENDANT-PETITIONER.

*Mr. St. Elmo Ferrara* for the petitioner.

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

November 10, 1969. Denied.